United States Bankruptcy Court

Southern District of Florida

In re:     Case No. 25-20291-CLC
George A Bloom     Chapter 7
Sue A Bloom
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-1     User: admin     Page 1 of 2
Date Rcvd: Sep 04, 2025     Form ID: 309A     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | George A Bloom, Sue A Bloom, 21205 NE 37th Avenue, Apt 1601, Aventura, FL 33180-4056 |
| 98199209 | Andrea H. Luce, POB 2014, Park City, UT 84060-2014 |
| 98199215 | + Northstar Cemetery Services of FL, LLC, 3201 N 72 Ave, Hollywood, FL 33024-2406 |
| 98199217 | + SAG-AFTRA Federal Credit Union, POB 11419, Burbank, CA 91510-1419 |
| 98199216 | + Sag-aftra Fcu, 134 N Kenwood St, Burbank, CA 91505-4201 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mmazurjr@mazur-law.com | Sep 04 2025 22:44:00 | Matthew Mazur, Jr, Matthew Mazur, P.A., 2645 Executive Park Drive, Suite 110, Weston, FL 33331 |
| tr | + Email/Text: marcia.dunn@txitrustee.com | Sep 04 2025 22:44:00 | Marcia T Dunn, 66 West Flagler Street, Ste 400, Miami, FL 33130-1877 |
| smg | EDI: FLDEPREV.COM | Sep 05 2025 02:34:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 04 2025 22:45:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 98199208 | + Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 22:57:43 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 98199210 | + EDI: CAPITALONE.COM | Sep 05 2025 02:34:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 98199212 | + EDI: CITICORP | Sep 05 2025 02:34:00 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 98199213 | EDI: IRS.COM | Sep 05 2025 02:34:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 98199214 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 04 2025 22:44:00 | Lexus Financial Services, Attn: Bankruptcy, POB 661009, Dallas, TX 75266-1009 |
| 98199218 | + EDI: SYNC | Sep 05 2025 02:34:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 98199219 | + EDI: SYNC | Sep 05 2025 02:34:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 98199220 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 04 2025 22:44:00 | Toyota Financial Services, Attn: Bankruptcy, POB 259001, Plano, TX 75025-9001 |
| 98199221 | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Sep 04 2025 22:44:00 | U.S. Attorney's Office, 99 N.E. 4th Street, Miami, |

| District/off: 113C-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: 309A | Total Noticed: 21 |

| | | | | FL 33132 |
|---|---|---|---|---|
| 98199222 | ^ MEBN | | Sep 04 2025 22:41:35 | U.S. Department of Justice, Tax Division (Civil Trial Secction), POB 55, Ben Franklin Station, Washington, DC 20044-0055 |
| 98199223 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | Sep 04 2025 22:58:25 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 98199225 | + Email/Text: bkfilings@zwickerpc.com | | Sep 04 2025 22:45:00 | Zwicker & Associates, PC, 700 W Hillsboro Blvd, Bldg 2, Ste 201, Deerfield Beach, FL 33441-1616 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98199211 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 98199224 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marcia T Dunn | mdunn@dunnlawpa.com acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com |
| Matthew Mazur, Jr | on behalf of Joint Debtor Sue A Bloom mmazurjr@mazur-law.com MazurMR43063@notify.bestcase.com |
| Matthew Mazur, Jr | on behalf of Debtor George A Bloom mmazurjr@mazur-law.com MazurMR43063@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | George A Bloom | Social Security number or ITIN: | xxx–xx–2041 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | Sue A Bloom | Social Security number or ITIN: | xxx–xx–3398 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: | 7    9/3/25 |
| Case number: | 25–20291–CLC | | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.
To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | George A Bloom | Sue A Bloom |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 21205 NE 37th Avenue, Apt 1601<br>Aventura, FL 33180–4056 | 21205 NE 37th Avenue, Apt 1601<br>Aventura, FL 33180–4056 |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Matthew Mazur Jr<br>Matthew Mazur, P.A.<br>2645 Executive Park Drive<br>Suite 110<br>Weston, FL 33331 | Contact Phone 3054663328 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Marcia T Dunn<br>66 West Flagler Street, Ste 400<br>Miami, FL 33130 | Contact Phone 786–433–3866 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court:  <u>**Joseph Falzone**</u><br>Dated: <u>**9/4/25**</u> |

Debtor **George A Bloom** and **Sue A Bloom**    Case number **25–20291–CLC**

| | | |
|---|---|---|
| 7. ** MEETING OF CREDITORS ** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | October 7, 2025 at 05:00 PM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | *MEETING WILL BE HELD BY VIDEO CONFERENCE* <br><br> Go to www.Zoom.us, click on JOIN or call (786) 883–0163, Enter Meeting ID 861 093 3926, and Passcode 4994829426 <br> For additional meeting information visit: www.justice.gov/ust/moc |
| 8. Presumption of Abuse <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. Deadlines <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. <br><br> A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>   if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>   if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion** if you assert that <br>   the discharge should be denied under § 727(a)(8) or (9). | **Filing Deadline:** 12/8/25 |
| | **Deadline to object to exemptions:** <br><br> The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| 10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| 11. Proof of Claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| 12. Creditors with a Foreign Address | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 14. Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |